IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GLENN WATTS, *et al.* | § § § § | |
| v. | § | CIVIL ACTION NO. 6:17cv424 |
| | § § § | |
| FLOWERS FOODS, INC., *et al.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the complaint has been presented for consideration. The Report and Recommendation (Docket No. 32), filed on September 24, 2018, recommends that the Joint Motion for Approval of FLSA Settlement be granted and that the Confidential Release and Settlement Agreement be approved. No written objections have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. It is therefore

**ORDERED** that the Joint Motion for Approval of FLSA Settlement (Docket No. 29) is **GRANTED** and the Confidential Release and Settlement Agreement is **APPROVED**. It is further

**ORDERED** that all claims are **DISMISSED** with prejudice.

It is finally **ORDERED** that any motion not previously ruled on is **DENIED**.

The Clerk of the Court is directed to close this case.

**SIGNED this 20th day of December, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE