IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **GLENN WATTS**, *et al.* | § § § | |
| **v.** | § § § | CIVIL ACTION NO. 6:17-CV-424 |
| **FLOWERS FOODS, INC.**, *et al.* | § § § § | |

## FINAL JUDGMENT

The above-entitled action has come before the Court for consideration. A decision having been duly rendered, it is hereby

**ORDERED** that the above-styled lawsuit be **DISMISSED WITH PREJUDICE**.

**SIGNED this 20th day of December, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE